# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA


E-filing

| | |
|---|---|
| Michael Klimentiev | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER: |
| DHS,Michael Chertoff,Sec;US Atty Gen,Michael B. Mukasey; CIS, Emilio T Gonzales,Dir.Alfonso Aguilar, Chief; Rosemary Melville, Dist. Dir.; FBI Robert Mueller, III, Dir. | **CV 08  0911  BZ** |

TO: (Name and address of defendant)

| Michael Chertoff | Michael B. Mukasey | Rosemary Melville | Robert Mueller, III |
|---|---|---|---|
| Emilio T. Gonzalez | Attorney General | District Director | Director; FBI |
| Alfonso Aguilar | U.S. Dept. of Justice | USCIS | J. Edgar Hoover Bldg. |
| Office of General Counsel | 950 Pennsylvania Ave., NW | 630 Sansome Street | 935 Pennsylvania Ave., NW |
| DHS | Washington, DC 20530 | San Francisco, CA | Washington D.C. |
| Washington, DC 20528 | | 94111 | 20535 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Geri N. Kahn, Esq.
400 Montgomery Street, Suite 810
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 1 2 2008

Richard W. Wieking
CLERK                                           DATE_____

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                 Date                                               Signature of Server

                                                                              _____
                                                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure