```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL KLIMENTIEV, ) | No. C 08-0911 MMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO DISMISS and** |
| ) | **[PROPOSED] ORDER** |
| Department of Homeland Security, ) | |
| MICHAEL CHERTOFF, Secretary, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

///

///

///

///

///

Stipulation to Dismiss
C 08-0911 MMC                          1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: April 11, 2008                              Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4 |

5 | _____/s/_____
6 | ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

7 |

8 |

9 | Date: April 9, 2008        _____/s/_____
GERI N. KAHN
Attorney for Plaintiff

10 |

11 | **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13 |

14 | Date:   April 14, 2008        _____
MAXINE M. CHESNEY
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Dismiss
C 08-0911 MMC                                2